UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KEVIN WOLFF, | CASE NO.: 2:17-CV-0025-TOR |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| DAVID EVANS & ASSOCIATES, INC., | |
| Defendant. | |

BEFORE THE COURT is the parties' Joint Motion to Dismiss (ECF No. 27). The parties have stipulated to the dismissal with prejudice of each and every cause of action asserted by Plaintiff against Defendant, each party to bear its own costs and attorney's fees.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

All hearings and the jury trial are vacated as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 2, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2